No. 273, Misc. GRAHAM v. WARDEN, NEW JERSEY STATE PRISON. Supreme Court of New Jersey. Certiorari denied.

No. 275, Misc. CLARK v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 276, Misc. PEER v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 280, Misc. ZIPKIN v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 292, Misc. DIXON v. ROBINSON, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 295, Misc. CORDTS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 297, Misc. FARLEY v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.